Recording Requested By/
Return To:

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, the receipt and sufficiency of which are hereby acknowledged, the undersigned **CFNA Receivables (MD), Inc. f/k/a CitiFinancial, Inc.**, a Maryland corporation ("Assignor"), whose address is 300 St. Paul Place, Baltimore, Maryland 21202, does hereby grant, sell, assign, transfer and convey unto **CitiFinancial Servicing LLC**, a Delaware limited liability company ("Assignee"), whose address is 300 St. Paul Place, Baltimore, Maryland 21202, all beneficial interest under the below-described Mortgage, together with the note(s) and obligations therein described, the money due and to become due thereon with interest, and all rights accrued or to accrue under such Mortgage.

That certain Mortgage dated May 14, 2007;

executed by LELAND BISBEE AND BRADLEY BISBEE, Mortgagor(s);

to and in favor of CITIFINANCIAL, INC, Mortgagee;

recorded in Book 7140, at Page 86, and/or as Document/Instrument No.9849,

in the Registry of Deeds of ANDROSCOGGIN County, Maine

on May 16, 2007.

TO HAVE AND TO HOLD the same unto Assignee and its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

*[Remainder of page left intentionally blank; signature page immediately follows.]*

Page 1 of 2


redacted


EXHIBIT D

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on 04/18/2014.

CFNA Receivables (MD), Inc. f/k/a CitiFinancial, Inc., a Maryland corporation

BY: Patricia States
TITLE: Vice President

State of Texas
County of Dallas

This instrument was acknowledged before me on April 18, 2014 by Patricia States, Vice President of **CFNA Receivables (MD), Inc. f/k/a CitiFinancial, Inc.**, a Maryland corporation, on behalf of said corporation.

(Personalized Seal)

TRACY HOOPER
Notary Public, State of Texas
My Commission Expires
August 12, 2014

Notary Public's Signature

This instrument prepared by:
CitiFinancial Servicing LLC
300 St. Paul Place
Baltimore, MD 21202

Page 2 of 2


redacted

ALL THAT CERTAIN PARCEL OF LAND IN MECHANIC FALLS, ANDROSCOGGIN COUNTY, STATE OF ME, AS MORE FULLY DESCRIBED IN BOOK 4828 PAGE 25 ID # TM9 LOT 24, BEING KNOWN AND DESIGNATED AS BEING A METES AND BOUNDS PROPERTY.

BEING THE SAME FEE SIMPLE PROPERTY CONVEYED BY DEED FROM LELAND BISBEE TO LEELAND BISBEE AND BRADLEY BISBEE, DATED 09/25/2001 RECORDED ON 11/14/2001 IN BOOK 4828, PAGE 25 IN ANDROSCOGGIN COUNTY RECORDS, STATE OF ME.