Recording Requested By:
WESTCOR LAND TITLE INSURANCE COMPANY

When Recorded Mail To:
RICHARD PILEGGI
WESTCOR LAND TITLE INSURANCE COMPANY
600 W GERMANTOWN PIKE
SUITE 450
PLYMOUTH MEETING, PA, 19462

Loan #: 1603603
TS Ref #: 0007240000002836
Client Ref #: 1603603B



## CORPORATE ASSIGNMENT OF MORTGAGE

ME/ANDROSCOGGIN

Assignment Prepared on: February 07, 2018

**Assignor:** BAYVIEW LOAN SERVICING, LLC, at 4425 PONCE DE LEON BLVD, 5TH FLOOR, CORAL GABLES, FL, 33146

**Assignee:** MF Dispositions IVc, LLC, at 4425 PONCE DE LEON BLVD., 5TH FLOOR, CORAL GABLES, FL, 33146

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee all interest under that certain Mortgage Dated: 5/14/2007, In the amount of $95,181.42, executed by LELAND BISBEE AND BRADLEY BISBEE to CITIFINANCIAL, INC. and Recorded: 5/16/2007, Instrument #: 9849, Book: 7140, Page: 86 in ANDROSCOGGIN County, State of MAINE.

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

BAYVIEW LOAN SERVICING, LLC

On: FEB 1 5 2018

Signature: _____
Name: ESLOAN SOTOLONGO
Title: ASSISTANT VICE PRESIDENT

State of FLORIDA
County of MIAMI-DADE

On FEB 1 5 2018, before me, Rogelio A. Portal, a Notary Public in and for MIAMI-DADE in the State of FLORIDA, personally appeared ESLOAN SOTOLONGO, ASSISTANT VICE PRESIDENT, BAYVIEW LOAN SERVICING, LLC, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal,

Rogelio A. Portal
Notary Expires: 8/25/2020 / #: FF 993630

ROGELIO A. PORTAL
MY COMMISSION # FF 993630
EXPIRES: August 25, 2020
Bonded Thru Notary Public Underwriters

ME/ANDROSCOGGIN

**EXHIBIT F**